

# Fourth Court of Appeals
## San Antonio, Texas

November 17, 2014

No. 04-14-00770-CV

**IN RE AMERICAN POWER CONVERSION CORPORATION**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:     Rebeca C. Martinez, Justice
                Patricia O. Alvarez, Justice
                Luz Elena D. Chapa, Justice

On November 5, 2014, relator filed a petition for writ of mandamus and motion for temporary relief pending a ruling on the mandamus petition. The court has considered the petition for writ of mandamus and is of the opinion that relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus and motion for temporary relief are DENIED. *See* TEX. R. APP. P. 52.8(a). The court's opinion will issue at a later date.

It is so **ORDERED** on November 17th, 2014.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 17th day of November, 2014.

_____
Keith E. Hottle
Clerk of Court

---

[1] This proceeding arises out of Cause No. 6660, styled *Sara Villarreal, Individually and as Next Friend of Carlota Martinez, A Minor and Rosalia Godino Medel, et al. v. Alvaro Medel, et al.*, pending in the 49th Judicial District Court, Zapata County, Texas, the Honorable Jose A. Lopez presiding.